IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Damon A. Peck<br>Melissa L. Peck | Case No. 1-26-02863 HWV<br>Chapter 13 |

MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 19th day of October, 2026, come the above Debtors, by their counsel, E. Haley Rohrbaugh, Esquire and CGA Law Firm, and file the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtors must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on October 2, 2026.

3. Debtors have provided counsel with most of the documents needed to complete their petition and are in the process of gathering a few remaining documents.

4. The Debtors request an extension of thirty (30) days to file all remaining documents.

WHEREFORE, the Debtors request an extension of time of thirty (30) days in which to file all remaining documents to accompany their bankruptcy petition.

{02452674/1}

Respectfully submitted,
CGA LAW FIRM, PC

By: /s/ E. Haley Rohrbaugh ____________________
E. Haley Rohrbaugh
Supreme Court I.D. No. 323803
135 North George Street
York, PA 17401-1282
717-718-7110
Counsel for Debtors

{02452674/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Damon A. Peck<br>Melissa L. Peck | Case No. 1-26-02863 HWV<br>Chapter 13 |

ORDER EXTENDING TIME TO
FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtors seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtors must file all remaining documents be extended thirty (30) days, to November 19, 2026.

BY THE COURT,

{02452674/1}